FORM B5
(10-05)

# United States Bankruptcy Court
## District of Maryland

**INVOLUNTARY PETITION**

| | |
|---|---|
| **IN RE** (Name of Debtor - If individual, Enter: Last, First, Middle)<br>**Minbilt Realty, Inc.** | **ALL OTHER NAMES** used by debtor in the last 8 years<br>(Include married, maiden, and trade names) |
| **LAST FOUR DIGITS OF SOC. SEC. NO/Complete EIN or other TAX I.D. NO.** (If more than one, state all.) | |
| **STREET ADDRESS OF DEBTOR** (No. and street, city, state and zip code)<br>9101 Clewerwall Drive<br>Bethesda, MD<br>**COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS:** Montgomery<br>**ZIP CODE** 20817 | **MAILING ADDRESS OF DEBTOR** (if different from street address)<br><br>**ZIP CODE** |
| **LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR** (if different from previously listed addresses)<br>9300 Georgia Avenue, Silver Spring, MD 20910 | |

**CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED**

☑ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

Petitioners believe:
- ☐ Debts are primarily consumer debts
- ☑ Debts are primarily business debts

**BRIEFLY DESCRIBE NATURE OF BUSINESS**
Real Estate

**TYPE OF DEBTOR**
- ☐ Individual    ☐ Stockbroker
- ☐ Partnership   ☐ Railroad
- ☑ Corporation   ☐ Health Care Business
- ☐ Clearing Bank ☐ Commodity Broker
- ☐ Other: _____

**VENUE**
- ☑ Debtor has been domiciled or has had a residence, principal place of business, or principle assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days in any other District.
- ☐ A Bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check on box)
- ☑ Full Filing Fee attached
- ☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Thanh Hoang | 05-25738-NVA | 07/12/2005 |
| **Relationship** | **District** | **Judge** |
| Shareholder | Maryland | Nancy V. Alquist |

**ALLEGATIONS**
(Check applicable boxes)

**COURT USE ONLY**

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. §303(b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

Name of Debtor **Minbilt Realty, Inc.**

Case No.

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x **s/ Gary A. Rosen, Chapter 7 Trustee** | x **/s/ Gary A. Rosen**                  **11/25/2005** |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                  Date |
| **Gary A. Rosen, Chapter 7 Trustee**        **11/25/2005** | **Gary A. Rosen, Chartered** |
| Name of Petitioner                          Date Signed | Name of Attorney Firm (If any) |
|  | **One Church Street**<br>**Suite 802**<br>**Rockville, MD 20850** |
| Name & Mailing Address of Individual Signing in Representative Capacity    **Gary A. Rosen, Chapter 7 Trustee**<br><br>**One Church Street, Suite 802**<br>**Rockville, MD 20850** | Address<br><br>**301-251-0202**<br>Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Gary A. Rosen, Chapter 7 Trustee for Minh Vu Hoang**<br>**One Church Street, Suite 802**<br>**Rockville, MD 20850** | **Monies Owed** | 93708.75 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners, Claims<br><br>$      93708.75 |

<u>1</u>  Continuation sheets attached