```
          UNITED STATES BANKRUPTCY COURT
          FOR THE DISTRICT OF MARYLAND
                 (Greenbelt Division)
```

In re:                            :
                                  :
   MINBILT REALTY, INC.          : Case No. 05-90379
                                  : (Chapter 7)
      Alleged Debtor            :
_____   :

### ANSWER TO INVOLUNTARY PETITION

Minbilt Realty, Inc., the Alleged Debtor, by Ira C. Wolpert, its counsel, responds to the Involuntary Petition filed herein (the "petition"), as follows:

### First Defense

The petition fails to state a claim upon which relief may be granted.

### Second Defense

Denies that Petitioner is eligible to file the petition as alleged in the petition.

### Third Defense

The Alleged Debtor denies that it is not paying its debts as they become due, unless such debts are the subject of bona fide dispute as to liability and amount.

### Fourth Defense

Creditors of the Alleged Debtor would be better served and receive substantially more if the Alleged Debtor continues to conduct its business as it had prior to the

filing of the petition. Therefore, it is in the best interests of creditors that this court should abstain or dismiss the petition.

### Fifth Defense

The petitioning creditor does not have claims in the aggregate which allows him to file the petition.

### Sixth Defense

Denies all other allegations not heretofore specifically denied.

### Seventh Defense

The Alleged Debtor reserves the right to assert such other and further defenses which may become apparent during discovery and litigation of this case.

WHEREFORE, having fully answered, the Alleged Debtor prays that:

1. The Involuntary Petition be dismissed.

2. This Court abstain.

3. It be awarded its costs and attorney's fees.

4. It grant such other and further relief as the nature of the case may require.

                                /s/Ira C. Wolpert_____
                                Ira C. Wolpert (#00551)
                                3 Bethesda Metro Center
                                Suite 530
                                Bethesda, MD 20814
                                301-961-5770
                                Attorney for the Alleged Debtor

<u>Certificate of Service</u>

I hereby certify that on the 19th day of December, 2005, I mailed a copy of the foregoing by first class mail, postage prepaid, to:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 621
Greenbelt, MD 20770

Gary A. Rosen, Esq.
One Church Street
Suite 802
Rockville, MD 20850

/s/<u>Ira C. Wolpert</u>_____
　　　Ira C. Wolpert