IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| MINBILT REALTY, INC. | | Bankruptcy No. 05-90379-TJC |
| Debtor | * | (Chapter 7) |

\* \* \*

### LINE SUBSTITUTING APPEARANCES OF COUNSEL

TO THE HONORABLE THOMAS J. CATLIOTA, UNITED STATES BANKRUPTCY JUDGE:

COME NOW, the undersigned counsel and hereby note the withdrawal of Ira C. Wolpert, Esquire as counsel for the alleged Debtor Minbilt Realty, Inc. and the substitution in his place and stead of Gary A. Rosen, Esquire and Roger Schlossberg, Esquire.

                          */s/ Ira C. Wolpert*
                          Ira C. Wolpert
                          3 Bethesda Metro Center
                          Suite 530
                          Bethesda, MD 20814-5109
                          (301) 961-5770

GARY A. ROSEN, CHARTERED

By:    */s/ Gary A. Rosen*
      Gary A. Rosen
      One Church Street, Suite 802
      Rockville, MD 20850-4158
      Telephone: (301) 251-0202

SCHLOSSBERG & ASSOCIATES

By:  */s/ Roger Schlossberg*
     Roger Schlossberg
     134 West Washington Street
     P.O. Box 4227
     Hagerstown, MD 21741-4227
     Telephone: (301) 739-8610

     Attorneys for Trustee