IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| MINBILT REALTY, INC. | | Bankruptcy No. 05-90379-TJC |
| Debtor | * | (Chapter 7) |

\* \* \*

**DEBTOR'S CONSENT TO ENTRY OF ORDER FOR RELIEF**

TO THE HONORABLE, THOMAS J. CATLIOTA, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, the Debtor, Minbilt Realty, Inc., by and through its undersigned counsel, and hereby CONSENTS to the entry of an *Order for Relief* pursuant to the provisions of 11 U.S.C. §303(h).

WHEREFORE, your Debtor, Minbilt Realty, Inc. respectfully prays that this Honorable Court:

1. ENTER its *Order for Relief* against the Debtor pursuant to the provisions of 11 U.S.C. §303(h).

2. ORDER such other and further relief as the nature of this cause and the interests of justice may require.

Respectfully submitted,

GARY A. ROSEN, CHARTERED

By: ___*/s/ Gary A. Rosen*___
    Gary A. Rosen
    One Church Street, Suite 802
    Rockville, MD 20850-4158
    Telephone: (301) 251-0202

H:\Documents\2007\2007.02\minbilt.debtors.consent.wpd

                                              SCHLOSSBERG & ASSOCIATES

                                      By:  */s/ Roger Schlossberg*
                                            Roger Schlossberg
                                            134 West Washington Street
                                            P.O. Box 4227
                                            Hagerstown, MD 21741-4227
                                            Telephone: (301) 739-8610

                                              **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 16th day of February, 2007, that a copy of the foregoing was served electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court.

                                                    */s/ Roger Schlossberg*
                                                    Roger Schlossberg